■ WILLIAM WEBER et al., Plaintiffs, v ERIE COUNTY MEDICAL CENTER CORPORATION, Defendant. PAUL WILLIAM BELTZ, P.C., Appellant; ROBERT B. NICHOLS, ESQ., Respondent. [29 NYS3d 210]—Appeal from an order of the Supreme Court, Erie County (Christopher J. Burns, J.), entered December 8, 2014. The order divided attorney's fees 15% to Paul William Beltz, P.C., and 85% to Robert B. Nichols, Esq.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.